# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

SHARON E. PRUETT,

    Plaintiff,

vs.                                                           No. 1:21-CV-00635-KRS

KILOLO KIJAKAZI, Acting Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for a Hearing with Supporting Memorandum (Doc. 17) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

                                                          **KEVIN R. SWEAZEA**
                                                          **UNITED STATES MAGISTRATE JUDGE**